# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:23-CR-20137-JPM-1 |
| | ) | |
| DAVID IVAN FREEZE | ) | |

## SENTENCING MEMORANDUM (LETTERS IN SUPPORT)

Mr. DAVID IVAN FREEZE by and through undersigned counsel, respectfully submits the attached letters in support in consideration for his forthcoming sentencing hearing.

Date:  December 6, 2023

    Respectfully submitted,

    ***s/ Serguel Mawuko Akiti, Esq.***
    Serguel Mawuko Akiti, Esq.
    Dc. Bar # 1631134
    M 302.401.9271
    sakiti@lowtherwalker.com

    ***s/ Murdoch Walker II, Esq.***
    Murdoch Walker II, Esq.
    Ga. Bar # 163417
    M 843.540.7903
    mwalker@lowtherwalker.com

    Lowther | Walker LLC
    101 Marietta St., NW, Ste. 3650
    Atlanta, GA 30303
    O 404.496.4052
    http://www.lowtherwalker.com

    Attorneys for David Ivan Freeze

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 2:23-CR-20137-JPM-1 |
| ) | |
| DAVID IVAN FREEZE ) | |

## CERTIFICATE OF SERVICE

I certify that on December 6, 2023, I electronically filed the foregoing SENTENCING MEMORANDUM (LETTERS IN SUPPORT) with the Clerk of the United States District Court for the Western District of Tennessee by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:  September 28, 2023

                                                           Respectfully submitted,

***s/ Serguel Mawuko Akiti, Esq.***
Serguel Mawuko Akiti, Esq.
Dc. Bar # 1631134
M 302.401.9271
sakiti@lowtherwalker.com


Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052
http://www.lowtherwalker.com

Attorneys for David Ivan Freeze